IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARTIN O. FAYOMI,

   Petitioner,

    v.                                 CIVIL ACTION FILE
                                       NO. 1:09-CV-1224-TWT

LORREN GRAYER
Warden, Federal Bureau of Prisons,

   Respondent.

## ORDER

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending denying the Petition. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 21 day of May, 2010.

                            /s/Thomas W. Thrash
                            THOMAS W. THRASH, JR.
                            United States District Judge